**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Aaron Cohen (SBN 333008)
acohen@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiff,
**MIREYA GARCIA**

**GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**
Matthew M. Proudfoot (SBN 155988)
mproudfoot@g3pmlaw.com
e-service@g3pmlaw.com
38 Discovery, Suite 200
Irvine, California 92618
Telephone:  (949) 753-0255
Facsimile:   (949) 753-0265

Attorney for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA GARCIA, an individual,<br><br>Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:22 – cv – 00428 – SPG –MRW<br><br>District Judge: Sherilyn Peace Garnett<br>Magistrate Judge: Michael R. Wilner<br>Courtroom: 5C<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, MIREYA GARCIA and Defendant, FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: July 25, 2022                QUILL & ARROW LLP

By _____Kevin Y. Jacobson_____
Kevin Y. Jacobson, Esq.
Aaron Cohen, Esq.
Attorneys for Plaintiff

Dated: July 25, 2022

/s/ Douglas Proudfoot
Douglas Proudfoot

Matthew M. Proudfoot, Esq.
Douglas Proudfoot, Esq.
Attorney for Defendant
FORD MOTOR COMPANY