**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA GARCIA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, <br><br> Defendants. | Case No.: 2:22-cv-00428-SPG-MRW <br><br> *Assigned to the Hon. Sherilyn Peace Garnett* <br><br> **ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: August 23, 2022                By: _____
                                                    HON. SHERILYN PEACE GARNETT
                                                    U.S. DISTRICT COURT JUDGE